IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID LUCAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV-96-B-2420-S |
| ) | |
| SHERIFF JIM WOODWARD, ) | |
| MAJOR LINN MOORE, ) | |
| LIEUTENANT ROBERT L. McCONICO, ) | |
| SERGEANT A. D. PIPPEN, ) | |
| SERGEANT GREG FITTS, ) | |
| SERGEANT ALOA FARR, ) | |
| DEPUTY MIKE BREWIS, ) | |
| DEPUTY J. T. FARLEY, ) | |
| DEPUTY DREW MILLER, ) | |
| DEPUTY JERRY COWART, ) | |
| DEPUTY LARRY A. PITTS, ) | |
| DEPUTY RODNEY JONES, ) | |
| DEPUTY LINDSEY WILLIAMS, ) | |
| CAPTAIN EARL F. PATTERSON, ) | |
| and DEPUTY JUAN RODRIGUEZ, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this court finds as follows:

(1) the defendants' special reports be treated as a motion for summary judgment and, as such, granted and this action dismissed with prejudice as against Sheriff Jim Woodward, Major Linn Moore, and Captain Earl Paterson;

(2) the defendants' special reports be treated as a motion for summary judgment and, as such, granted and this action dismissed with prejudice on the plaintiff's conspiracy claims;

(3) the defendants' special reports be treated as a motion for summary judgment and, as such, granted and this action dismissed with prejudice as to the plaintiff's claims concerning a deprivation of personal property;

(4) the defendants' special reports be treated as a motion for summary judgment and, as such, denied as to plaintiff's claims of cruel and unusual punishment in violation of the Eighth Amendment premised on the use of excessive force on September 1, 1995, against Williams, Miller, Brewis, Pitts, Farley, and Cowart;

(5) the defendants' special reports be treated as a motion for summary judgment and, as such, denied as to plaintiff's claims of cruel and unusual punishment in violation of the Eighth Amendment premised on the use of excessive force on September 3, 1995, against Brewis, Pippen, Farley, and Jones;

(6) the defendants' special reports be treated as a motion for summary judgment and, as such, denied as to plaintiff's claims of premised on a failure to intervene in the September 1, 1995 incident against McConico, Farr, and Fitts;

(7) the defendants' special reports be treated as a motion for summary judgment and, as such, granted as to plaintiff's claims against Rodriguez;

(8) the defendants' special reports be treated as a motion for summary judgment and, as such, denied as to plaintiff's claims of premised on a failure to intervene in the September 3, 1995 incident against Farr and Pippen;

(9) the defendants' special reports be treated as a motion for summary judgment and, as such, denied as to plaintiff's claim that Farr failed to provide him with a shower or change of clothes after the September 3, 1995 incident.

(10) the defendants' special reports be treated as a motion for summary judgment and, as such, denied to the extent the defendants have raised the defense of qualified immunity on the excessive force and failure to intervene claims;

(11) the defendants' special reports be treated as a motion for summary judgment and, as such, granted as to any other claims and defendants and they be dismissed with prejudice;

(12) the plaintiff's motion for summary judgment be denied;

(13) that this matter be referred to the magistrate judge for further pretrial proceedings; and,

(14) that the remaining defendants be required to file answers to the amended complaint if they have not done so already.

An appropriate order will be entered.

**DONE**, this __10th__ day of August, 2001.

_Sharon Lovelace Blackburn_
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE